UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  23-CR-80210-RLR

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

JEAN CLAUDE MILA, JR.,

                  Defendant.

_____/

## REPORT AND RECOMMENDATION ON MOTION TO DISMISS INDICTMENT   [ECF No.  25]

Defendant Jean Claude Mila, Jr., is charged by indictment with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). He moves to dismiss the indictment on the grounds that Section 922(g)(1) violates the Second Amendment and/or exceeds Congress' power under the Commerce Clause. ECF No. 25.  He makes both a facial and as-applied challenge to the statute. *Id.*  I have reviewed the Motion, the Government's Response (ECF No. 30), and the Government's Supplemental Authority. ECF No. 31. The Motion presents purely legal issues that can be resolved without an evidentiary hearing.

Binding Eleventh Circuit precedent rejects both of Mr. Mila's arguments. It holds that Section 922(g)(1) does not violate the Second Amendment. *United States v. Rozier,* 598 F.3d 768 (11th Cir. 2010); *United States v. Dubois,* No. 22-10829, 2024 WL 927030, at *3–6 (11th Cir. Mar. 5, 2024) (filed as supplemental authority at ECF

No. 31-1). And, it holds that Section 922(g)(1) does not exceed Congress's Commerce Clause power. *See, e.g., United States v. Williams*, 855 F. App'x 635, 636–37 (11th Cir. 2021).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court DENY the Motion to Dismiss the Indictment.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and ORDERED** in Chambers this 6th day of March, 2024, at West

Palm Beach in the Southern District of Florida.

_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE