UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80210-ROSENBERG

UNITED STATES OF AMERICA,

v.

JEAN CLAUDE MILA, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendant's Motion to Suppress Evidence at docket entries 24 and 29, which the Court previously referred to the Magistrate Judge for a Report and Recommendation. On March 6, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be denied. The Defendant filed an objection, and the Government responded. The Court has conducted a review of the Magistrate Judge's Report and Recommendation, the objection, the response, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds the Magistrate Judge's recommendations to be well reasoned and correct. *See U.S. v. Jones*, 377 F.3d 1313, 1314 (11th Cir. 2004) (holding that the district court erred when considering an arresting officer's subjective intent in serving a warrant). The Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Motion should be denied.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

    1. The Magistrate Judge's Report and Recommendation [DE 44] is hereby **ADOPTED**, and

2. The Defendant's Motion to Suppress [DE 24, 29] is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of May, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record